# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **Joseph L. Gearhart** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | §   Cause No. 3: 12-CV-012-JTK |
| | § |
| **Michael J. Astrue, Commissioner,** | § |
| **Social Security Administration,** | § |
| | § |
| **Defendant.** | § |

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered this 10th day of January, 2013.

_____
United States Magistrate Judge